UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2007 NOV 21 PM 2:17

DENNIS AUBREY WILSON,

    Petitioner,

vs.                                    Case No. 3:07-cv-832-J-20HTS

ALBERTO GONZALES,
etc.; et al.,

    Respondents.

_____

**ORDER**

    Petitioner's October 29, 2007, Petition Seeking Vacatuer [sic] of Judgement Dated October 18, 2007 (Doc. #11) is **DENIED**.

    **DONE AND ORDERED** at Jacksonville, Florida, this _16th_ day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

ps 11/15
c:
Dennis Aubrey Wilson